IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SYDNEY MARTS,
      Plaintiff,

vs.                                                  CASE NO.: 3:08cv559/MCR/MD

JOHN DOE,
      Defendant.

---

## REPORT AND RECOMMENDATION

This cause is before the court on referral from the clerk.  On December 23, 2008, plaintiff filed a civil rights complaint under 42 U.S.C. § 1983 alleging defendant's violation of his civil rights.  Plaintiff has now filed a motion for voluntary dismissal (doc. 5) asking for dismissal of his civil rights complaint.

Accordingly, it is respectfully RECOMMENDED:

That plaintiff's notice of voluntary dismissal (doc. 5) be granted and that this case be dismissed without prejudice.

At Pensacola, Florida, this 28th day of January, 2009.


/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings. See 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).